Jonathan O. Hafen (6096)
Andrew W. Collins (11544)
Steven R. Glauser (15607)
PARR BROWN GEE & LOVELESS
101 S 200 E, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
jhafen@parrbrown.com
acollins@parrbrown.com
sglauser@parrbrown.com
*Attorneys for Defendant HollyFrontier Refining & Marketing LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| CODY DEE SKINNER,<br><br>Plaintiff,<br><br>vs.<br><br>BERRY PETROLEUM COMPANY, LLC;<br>HOLLYFRONTIER REFINING &<br>MARKETING LLC,<br><br>Defendants. | **APPENDIX OF EXHIBITS TO DEFENDANT HOLLYFRONTIER'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:19-cv-00124-TS-DBP<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

Exhibit A     Relevant portions of the Deposition of Jason Lefler, Berry Petroleum's 30(b)(6) Corporate Designee

Exhibit B     Trudi Clegg Deposition Transcript

Exhibit C     Alexander Arnold Deposition Transcript

Exhibit D     Medical Records from Lone Peak Family Health, dated September 11, 2017, LPF00054-00055

Exhibit E     Declaration of W. Lynn Larsen

Exhibit F     Relevant portions of the Deposition of Warren Lynn Larsen

4892-9720-5413

2

Exhibit G     Berry's Responses to Plaintiff's Discovery Requests

Exhibit H     Relevant portions of the Deposition of Edward Ziegler

4892-9720-5413